UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Hsiao Chow

    Plaintiff(s),

v.

Aetna Life Insurance Company

    Defendant(s).

Civil Case No. 3:14-cv-1125-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Ari J. Scharg** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Scharg, Ari J.**
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: **Edelson PC**
Mailing Address: **350 North LaSalle Street, Suite 1300**
City: **Chicago**    State: **Illinois**    Zip: **60654**
Phone Number: **312-589-6370**    Fax Number: **312-589-6379**
Business E-mail Address: **ascharg@edelson.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois; November 6, 2008; 6297536

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of Illinois (11/6/2008), Eastern District of Michigan (8/16/2012)
District of Colorado (12/18/2012), Ninth Circuit Court of Appeals (09/19/2012)
Seventh Circuit Court of Appeals (1/18/2012)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff Hsiao Chow

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __5th__ day of __August__, __2014__

_____
(Signature of Pro Hac Counsel)

**Ari J. Scharg**
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __5th__ day of __August__, __2014__

_____
(Signature of Local Counsel)

Name: **Stanford, Darian A.**
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: **994491**

Firm or Business Affiliation: **Slinde Nelson Stanford**

Mailing Address: **111 SW Fifth Avenue, Suite 1740**

City: **Portland**   State: **Oregon**   Zip: **97204**

Phone Number: **503-417-7777**   Business E-mail Address: **darian@slindenelson.com**

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge